No. 26-1609

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 13, 2026
KELLY L. STEPHENS, Clerk

RUSSELL L. BUSH, M.D. MPH, )
)
Plaintiff - Appellee, )
)
v. ) ORDER
)
DAVID L. STOCKMAN, M.D., )
)
Defendant - Appellant. )

Proceeding without counsel, the defendant appeals the district court's order remanding his civil action and awarding attorneys' fees and the denial of post-judgment relief. The defendant moves to amend the caption to correct his middle initial.

Upon review, the motion is GRANTED, and the clerk will update the party to reflect "David L. Stockman, M.D." The parties shall use the caption as reflected above for all future pleadings.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 08/13/2026.

**Case Name:** Russell Bush v. David Stockman
**Case Number:** 26-1609

**Docket Text:**
ORDER filed: Proceeding without counsel, the defendant appeals the district court's order remanding his civil action and awarding attorneys' fees and the denial of post-judgment relief. The defendant moves to amend the caption to correct his middle initial. Upon review, the motion [7570682-2] is GRANTED, and the clerk will update the party to reflect "David L. Stockman, M.D." The parties shall use the caption as reflected above for all future pleadings.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. David L. Stockman, M.D.
3871 Fortune Boulevard
Saginaw, MI 48603

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Mr. Stephan M. Gaus